**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6898

TIMOTHY WAYNE COATS,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY, Warden; HARLEY G. LAPPIN, Director; P. GUANJA, Regional Director; A. GONZALES, Attorney General,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:06-hc-02017-D)

Submitted:  November 21, 2006      Decided:  November 29, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Wayne Coats, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Wayne Coats, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coats v. Stansberry, No. 5:06-hc-02017-D (E.D.N.C. Apr. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED